FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 10, 2019

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALLAH,<br><br>              Plaintiff,<br><br>     v.<br><br>DONALD HOLBROOK, et al.,<br><br>              Defendants. | 4:19-cv-05178-SAB<br><br>**ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION** |

By Order filed August 15, 2019, the Court directed Plaintiff to show cause why his application to proceed *in forma pauperis* should not be denied. ECF No. 7. In the alternative, Plaintiff was instructed that he could pay the $400.00 fee ($350.00 filing fee, plus $50.00 administrative fee) to commence this action under 28 U.S.C. § 1914.  He did not do so.

Plaintiff, a *pro se* prisoner housed at the Washington State Penitentiary, filed a 77-page Reply and additional supplemental documents in response to the Order, ECF Nos. 8, 9, 10, 11 & 12.  Plaintiff asserts that the "strikes" listed are unfounded and the dismissals were done in bad faith and are malicious. ECF No. 8 at 1.

As noted in the prior Order, Plaintiff did not appeal many of the dismissals. ECF No. 7 at 2-3.  At least one dismissal that he did appeal resulted in a finding

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION -- 1

1 that the appeal was frivolous. *See Allah v. Spanner.* No. 4:15-cv-05077-SAB, ECF
2 No. 14, Ninth Circuit Court of Appeals case number 15-35914, March 8, 2016.
3 Furthermore, the Ninth Circuit has acknowledged that Plaintiff is precluded from
4 proceeding *in forma pauperis*. *See Allah v. Sherfey,* No. 2:17-cv-01746-RSM
5 (W.D. Wash. Mar. 7, 2018) (Denial of *in forma pauperis* application based on
6 1915(g) was appealed [18-35215] and the Ninth Circuit denied the motions to
7 proceed *in forma pauperis* on appeal "because appellant has had three or more
8 prior actions or appeals dismissed as frivolous, malicious, or for failure to state a
9 claim upon which relief may be granted and appellant has not alleged imminent
10 danger of serious physical injury," [18-35215, ECF No. 11], Mandate issued Dec.
11 21, 2018, plus 21 days).  ECF No. 7 at 3.
12     Having brought at least three other cases or appeals that were dismissed as
13 frivolous or for failure to state a claim, Plaintiff has lost the privilege of filing
14 additional suits *in forma pauperis* unless he could demonstrate that he is "under
15 imminent danger of serious physical injury." 28 U.S.C. § 1915(g); *Andrews v.*
16 *Cervantes*, 493 F.3d 1047, 1053 (9th Cir. 2007).  Plaintiff did not make this
17 showing.
18     Accordingly, **IT IS ORDERED** Plaintiff's application to proceed in forma
19 pauperis, ECF No. 2, is **DENIED**. Because Plaintiff did not pay the $400.00 fee as
20 instructed in the Court's prior Order, **IT IS FURTHER ORDERED** this action is
21 **DISMISSED** for non-payment of the filing fee as required by 28 U.S.C. § 1914.
22 //
23 //
24 //
25 //
26 //
27 //
28 //

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND
DISMISSING ACTION -- 2

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, enter judgment, provide a copy to Plaintiff, and close the file. The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** this 10th day of October 2019.



Stanley A. Bastian
United States District Judge

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION -- 3