AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

ALLAH,

_____

*Plaintiff*

v.

DONALD HOLBROOK, et al.,

_____

*Defendant*

)
)
)
)
)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Oct 10, 2019

SEAN F. McAVOY, CLERK

Civil Action No.   4:19-CV-5178-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Plaintiff's Application to Proceed In Forma Pauperis (ECF No. 2) is DENIED.  Because Plaintiff did not pay the $400.00
filing fee as instructed in the Court's prior Order, Plaintiff's action is DISMISSED for non-payment of the filing fee as
required by 28 U.S.C. § 1914.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge     Stanley A. Bastian. _____

Date:   October 10, 2019 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Penny Lamb
_____

*(By) Deputy Clerk*

Penny Lamb
_____